**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>Sharda, LLC, a Utah limited liability company; and Muljibhai M. Chaudhari,<br><br>Defendants/Counterclaimants. | No. CV-08-1219-PHX-DGC<br><br>**ORDER** |

The Court entered judgment in favor of Plaintiff and against Defendants on August 5, 2009. Dkt. #112. Plaintiff has filed a motion to amend that judgment to reflect the joint and several liability of Defendants. Dkt. #117. Plaintiff also has filed a motion for leave to register the proposed amended judgment in Utah and Wyoming. Dkt. #120. No response has been filed, and the time for doing so has expired. *See* LRCiv 7.2(c).

The Court will enter the proposed amended judgment because the parties' membership agreement explicitly provides for joint and several liability. Dkt. #1-1 at 2, ¶ 3. The Court will grant Plaintiff leave to register the amended judgment in Utah and Wyoming because Defendants appear to have substantial assets in those states but no assets in Arizona. *See* Dkt. #120.

**IT IS ORDERED:**

1.  Plaintiff's motion to amend the judgment (Dkt. #117) is **granted**. The Court will issue a separate amended judgment.

2. Plaintiff's motion to register judgment (Dkt. #120) is **granted**. Plaintiffs may, pursuant to 28 U.S.C. § 1963, register the amended judgment in the United States District Courts for the Districts of Utah and Wyoming.

DATED this 5th day of October, 2009.

_____
David G. Campbell
United States District Judge